**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTANTINO VEDAR SANCHEZ, | Case No. CV 15-8674-JAK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| STU SHERMAN, Acting Warden, | |
| Respondent. | |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 19, 2015

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE